# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV13-01965 JAK | Date | March 14, 2014 |
| Title | In Re Debby Anspach aka Debby Huffman<br>Sameul Kelsall V., Esq. v. Debby Anspach | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Kane Tien for Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION (JS-6)**

On March 3, 2014, the Court set an Order to Show Cause ("OSC") why the case should not be dismissed for Appellant's failure to file an opening brief by December 20, 2013 consistent with the Court's December 3, 2014 (Dkt. 13). Appellant was ordered to file its opening brief by March 13, 2014, which shall include a declaration under penalty of perjury explaining the reason for the non-compliance. Appellant has failed to respond to the OSC. Appellant is hereby notified that this action is dismissed without prejudice.

**IT IS SO ORDERED.**

cc: Bankruptcy Court

:

Initials of Preparer    kti